DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN RODRIQUE JEAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3087

[May 5, 2022]

Appeal of order denying rule 3.850 motion from the Seventeenth Judicial Circuit, Broward County; Martin S. Fein and Daniel Arthur Casey, Judges; L.T. Case No. 14-001164-CF-10A.

Jean Rodrique Jean, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***